**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 07-7123**

_____

TESSA RANI GIBSON,

Plaintiff - Appellant,

versus

CHARLESTON COUNTY DETENTION CENTER; MARK A. LEWIS; DONALD V. SALTERS; BRIAN E. BRITTON; MATTHEY R. DOWNING; DENISE BROWN; LISA A. GONZALEZ-WILLIAMS; KEITH K. FRANKLIN; ARTHUR L. GREY; FTI BARNES; FTI HENNIX; OFFICER JAMES; OFFICER GREATHOUSE; KENNETH E. SPONIC; MICHAEL TICE; WALTER WRIGHT; HENRY GATHERS; STEVEN C. DURBIN; WALLACE ALSTON,

Defendants - Appellees.

_____

Appeal from the United States District Court for the District of South Carolina, at Charleston. Patrick Michael Duffy, District Judge. (2:07-cv-01364-PMD)

_____

Submitted: December 13, 2007      Decided: December 19, 2007

_____

Before NIEMEYER, MOTZ, and SHEDD, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Tessa Rani Gibson, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tessa Rani Gibson appeals the district court's order denying her motion to reconsider its order accepting the recommendation of the magistrate judge and denying relief on her 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Gibson v. Charleston County Det. Ctr.</u>, No. 2:07-cv-01364-PMD (D.S.C. July 26, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>